1   BINGHAM McCUTCHEN LLP
    TYLER M. PAETKAU (SBN 146305)
2   RANDALL S. HEGARTY (SBN 215684)
    Three Embarcadero Center
3   San Francisco, California 94111-4067
    Telephone: 415.393.2000
4
    Attorneys for Defendants
5   M & H Realty Partners IV LP
    MHRP IV L.P.
6   Merlone/Hagenbuch IV

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  CONNIE ARNOLD,                          No. C02-2567 VRW

13            Plaintiff,                     DEFENDANTS M&H REALTY
                                             PARTNERS IV LP, MHRP IV L.P.,
          v.                                 AND MERLONE/HAGENBUCH IV,
14                                           INC.'S ANSWER TO PLAINTIFF'S
    ROSS STORES, INC.; CODDING               FIRST AMENDED COMPLAINT FOR
15  ENTERPRISES; HUGH B. CODDING;            INJUNCTIVE RELIEF AND
    CODDING INVESTMENTS, INC.; NELLIE        DAMAGES
16  CODDING 1991 TRUST; M & H REALTY
    PARTNERS IV LP; MHRP IV L.P.; AND
17  MERLONE/HAGENBUCH IV. INC.; AND
    DOES 5-5000, INCLUSIVE,
18
              Defendants.
19

20          Defendants M & H Realty Partners IV LP, MHRP IV L.P., and

21  Merlone/Hagenbuch IV. Inc. (collectively "Defendants"), answer Plaintiff Connie Arnold's

22  ("Plaintiff") First Amended Complaint as follows:

23                          **INTRODUCTION**

24          1.      Answering paragraph 1 of the Complaint, with respect to those allegations

25  in paragraph 1 regarding Plaintiff's alleged disabilities, Defendants are without knowledge or

26  information sufficient to form a belief as to the truth or falsity of those allegations and on that

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)

1   basis deny each and every such allegation in paragraph 1.  Except as expressly admitted or

2   denied, Defendants deny each and every allegation in paragraph 1 of the Complaint.

3             2.       Answering paragraph 2 of the Complaint, Defendants are without

4   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

5   regarding the size of the Ross stores.  Defendants admit that Plaintiff purports to bring this

6   lawsuit to require Defendant to modify its facilities but denies that any such modifications are

7   necessary or required.  With respect to those allegations in paragraph 2 that purport to require a

8   legal conclusion, Defendants aver that no response is required.  Except as expressly admitted,

9   denied or averred, Defendants deny each and every allegation in paragraph 2 of the Complaint.

10            3.       Answering paragraph 3 of the Complaint, Defendants admit that Plaintiff

11   purports to bring this lawsuit to require Defendant to modify its facilities and to recover damages

12   but denies that any such modifications or damages are necessary or required.  With respect to

13   those allegations in paragraph 3 of the Complaint that purport to set forth legal standards and/or

14   requirements, Defendants aver that the text of the law speaks for itself such that no response is

15   required to those allegations.  With respect to those allegations in paragraph 3 that purport to

16   require a legal conclusion, Defendants aver that no response is required.  Except as expressly

17   admitted, denied or averred, Defendants deny each and every allegation in paragraph 3 of the

18   Complaint.

19                       **JURISDICTION AND VENUE**

20            4.       Answering paragraph 4 of the Complaint, Defendants admit that this Court

21   has subject matter jurisdiction over this action for claims allegedly arising under the Americans

22   With Disabilities Act of 1990, 42 U.S.C. §§ 12101, *et seq*.  Defendants also admit that this Court

23   has pendent jurisdiction over Plaintiff's state law claims.  Except as expressly admitted,

24   Defendants deny each and every allegation in paragraph 4 of the Complaint.

25            5.       Answering paragraph 5 of the Complaint, Defendants admit that venue is

26   proper within this Court pursuant to 28 U.S.C. § 1391(b). Defendants further admit that a

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)
2

1   portion of Plaintiff's alleged claims arose in the Northern District of California.  Except as

2   expressly admitted, Defendants deny each and every allegation in paragraph 5 of the Complaint.

3          6.     Answering paragraph 6 of the Complaint, Defendants admit that this

4   action should be assigned to the San Francisco intradistrict as the principal real property that is

5   the subject of the action is located in the San Francisco intradistrict.  Except as expressly

6   admitted, Defendants deny each and every allegation in paragraph 6 of the Complaint.

7                            **PARTIES**

8          7.     Answering paragraph 7 of the Complaint, Defendants are without

9   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

10   regarding Plaintiff's alleged disabilities and on that basis deny each and every such allegation in

11   paragraph 7.  Defendants admit that M & H Realty Partners IV LP lease the premises located at

12   3303 So. Mooney Blvd., Visalia, California to Defendant Ross Stores.  Except as expressly

13   admitted or denied, Defendants deny each and every allegation in paragraph 7 of the Complaint.

14          8.     Answering paragraph 8 of the Complaint, Defendants are without

15   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

16   regarding the identity of the owner of the Sonoma property and on that basis deny each and

17   every such allegation in paragraph 8.  Except as expressly denied, Defendants deny each and

18   every allegation in paragraph 8 of the Complaint.

19          9.     Answering paragraph 9 of the Complaint, Defendants are without

20   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

21   regarding the identity of the owner of the Sonoma property and on that basis deny each and

22   every such allegation in paragraph 9.  Except as expressly denied, Defendants deny each and

23   every allegation in paragraph 9 of the Complaint.

24         10.     Answering paragraph 10 of the Complaint, Defendants are without

25   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

26   regarding the identity of the owner of the Sonoma property and on that basis deny each and

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)

21454767.1/24482-0001

1    every such allegation in paragraph 10.  Except as expressly denied, Defendants deny each and

2    every allegation in paragraph 10 of the Complaint.

3              11.    Answering paragraph 11 of the Complaint, Defendants are without

4    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

5    regarding the identity of the owner of the Sonoma property and on that basis deny each and

6    every such allegation in paragraph 11.  Except as expressly denied, Defendants deny each and

7    every allegation in paragraph 11 of the Complaint.

8              12.    Answering paragraph 12 of the Complaint, Defendants M & H Realty

9    Partners IV LP lease the premises located at 3303 So. Mooney Blvd., Visalia, California to

10   Defendant Ross Stores.  Except as expressly admitted, Defendants deny each and every

11   allegation in paragraph 12 of the Complaint.

12             13.    Answering paragraph 13 of the Complaint, Defendants admit that M & H

13   Realty Partners IV LP lease the premises located at 3303 So. Mooney Blvd., Visalia, California

14   to Defendant Ross Stores.  Except as expressly admitted, Defendants deny each and every

15   allegation in paragraph 13 of the Complaint.

16             14.    Answering paragraph 14 of the Complaint, Defendants admit that the

17   subject Ross Store in Visalia is open to public use.  With respect to those allegations in

18   paragraph 14 of the Complaint that purport to require a legal conclusion, no answer is required.

19   Except as expressly averred, admitted or denied, Defendants deny each and every allegation in

20   paragraph 14 of the Complaint.

21                              **FACTUAL STATEMENT**

22             15.    With respect to those allegations in paragraph 15 of the Complaint that

23   purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

24   speaks for itself such that no response is required to those allegations.  Except as expressly

25   averred, Defendants deny each and every allegation in paragraph 15 of the Complaint.

26   / / /

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)
4

1          16.     Answering paragraph 16 of the Complaint, Defendants are without

2    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

3    regarding whether the facilities have undergone construction or alterations since 1970.  With

4    respect to those allegations in paragraph 16 of the Complaint that purport to set forth legal

5    standards and/or requirements, Defendants aver that the text of the law speaks for itself such that

6    no response is required to those allegations.  Except as expressly admitted or averred, Defendants

7    deny each and every allegation in paragraph 16 of the Complaint.

8          17.     Answering paragraph 17 of the Complaint, with respect to those

9    allegations regarding Plaintiff being a frequent customer and Plaintiff's alleged complaints,

10    Defendants are without knowledge or information sufficient to form a belief as to the truth or

11    falsity of those allegations and on that basis deny each and every such allegation in paragraph 17.

12    Except as expressly admitted or denied, Defendants deny each and every allegation in paragraph

13    17 of the Complaint.

14          18.     Answering paragraph 18 of the Complaint,  Defendants are without

15    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

16    regarding whether Plaintiff visited the Ross Store at 3303 So. Mooney Blvd. in Visalia on May

17    28, 2001, March 10, 2002, and May 13, 2002.  Except as expressly admitted or denied,

18    Defendants deny each and every allegation in paragraph 18 of the Complaint.

19          19.     Answering paragraph 19 of the Complaint, Defendants are without

20    knowledge or information sufficient to form a belief as to the truth or falsity of allegations

21    concerning the Sonoma property and on that basis deny each and every such allegation in

22    paragraph 19.  Except as expressly admitted or denied, Defendants deny each and every

23    allegation in paragraph 19 of the Complaint.

24          20.     Defendants deny each and every allegation in paragraph 20 of the

25    Complaint.

26    / / /

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)

21454767.1/24482-0001

1          21.     Answering paragraph 21 of the Complaint, Defendants are without

2    knowledge or information sufficient to form a belief as to the truth or falsity of allegations

3    concerning the Sonoma property and on that basis deny each and every such allegation in

4    paragraph 21.  Except as expressly denied, Defendants deny each and every allegation in

5    paragraph 21 of the Complaint.

6          22.     Defendants deny each and every allegation in paragraph 22 of the

7    Complaint.

8          23.     Defendants deny each and every allegation in paragraph 23 of the

9    Complaint.

10         24.     With respect to those allegations in paragraph 24 of the Complaint that

11    purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

12    speaks for itself such that no response is required to those allegations.  Except as expressly

13    averred, Defendants deny each and every allegation in paragraph 24 of the Complaint.

14         25.     With respect to those allegations in paragraph 25 of the Complaint that

15    purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

16    speaks for itself such that no response is required to those allegations.  Except as expressly

17    averred, Defendants deny each and every allegation in paragraph 25 of the Complaint.

18         26.     With respect to those allegations in paragraph 26 of the Complaint that

19    purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

20    speaks for itself such that no response is required to those allegations.  Except as expressly

21    averred, Defendants deny each and every allegation in paragraph 26 of the Complaint.

22                **FIRST CAUSE OF ACTION:**

           **BREACH OF STATUTORY PROTECTIONS FOR PHYSICALLY DISABLED**

23                              **PERSONS**

24         27.     Defendants incorporate by reference their responses to paragraphs 1

25    through 26 of the Complaint as if set forth here in full.

26    / / /

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)

21454767.1/24482-0001

1               28.     Answering paragraph 28 of the Complaint, Defendants are without

2  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

3  regarding Plaintiff's alleged disabilities and on that basis deny each and every such allegation in

4  paragraph 28.  With respect to those allegations in paragraph 28 that purport to set forth legal

5  standards and/or requirements, Defendants aver that no response is required.  Except as expressly

6  admitted, denied or averred, Defendants deny each and every allegation in paragraph 28 of the

7  Complaint.

8               29.     Answering paragraph 29 of the Complaint, Defendants aver that the text of

9  the law speaks for itself such that no response is required.  Except as expressly averred,

10  Defendants deny each and every allegation in paragraph 29 of the Complaint.

11              30.     Answering paragraph 30 of the Complaint, Defendants aver that the text of

12  the law speaks for itself such that no response is required.  Except as expressly averred,

13  Defendants deny each and every allegation in paragraph 30 of the Complaint.

14              31.     With respect to those allegations in paragraph 31 of the Complaint that

15  purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

16  speaks for itself such that no response is required to those allegations. Defendants are without

17  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

18  regarding whether the facilities have undergone construction or alterations since 1970.  Except as

19  expressly admitted, denied, or averred, Defendants deny each and every allegation in

20  paragraph 31 of the Complaint.

21              32.     With respect to those allegations in paragraph 32 of the Complaint that

22  purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

23  speaks for itself such that no response is required to those allegations.  Defendants are without

24  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

25  regarding whether the facilities have undergone construction or alterations since 1982.  Except as

26  expressly admitted, denied or averred, Defendants deny each and every allegation in

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)

21454767.1/24482-0001

1   paragraph 32 of the Complaint.

2        33.    With respect to those allegations in paragraph 33 of the Complaint that

3   purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

4   speaks for itself such that no response is required to those allegations.  Defendants admit that M

5   & H Realty Partners IV LP lease the premises located at 3303 So. Mooney Blvd., Visalia,

6   California to Defendant Ross Stores.  Except as expressly admitted, denied or averred,

7   Defendants deny each and every allegation in paragraph 33 of the Complaint.

8        34.    With respect to those allegations in paragraph 34 of the Complaint that

9   purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

10   speaks for itself such that no response is required to those allegations.  Except as expressly

11   averred, Defendants deny each and every allegation in paragraph 34 of the Complaint.

12        35.    Defendants deny each and every allegation in paragraph 35 of the

13   Complaint.

14        36.    Answering paragraph 36 of the Complaint, Defendants admit that Plaintiff

15   purports to seek injunctive relief but deny committing any violations that would entitle her to

16   such relief.  Except as expressly admitted or denied, Defendants deny each and every allegation

17   in paragraph 36 of the Complaint.

18        37.    Answering paragraph 37 of the Complaint, Defendants admit that Plaintiff

19   purports to seek reasonable attorneys' fees, litigation expenses and costs but deny committing

20   any violations that would entitle her to such relief.  Except as expressly admitted or denied,

21   Defendants deny each and every allegation in paragraph 37 of the Complaint.

22

23                      **SECOND CAUSE OF ACTION:**
                   **VIOLATION OF DISABLED RIGHTS ACT,**

24                **CIVIL CODE Sections 54, 54.1, 54.3 ET SEQ.**
**DENIAL OF FULL AND EQUAL ACCESS TO A PHYSICALLY DISABLED PERSON**

25        38.    Defendants incorporate by reference their responses to paragraphs 1

26   through 37 of the Complaint as if set forth here in full.

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)

8

1           39.     With respect to those allegations in paragraph 39 regarding California

2  Civil Code §§ 54 and 54.1, Defendants aver that the text of the law speaks for itself such that no

3  response is required.  Except as expressly averred, Defendants deny each and every allegation in

4  paragraph 39 of the Complaint.

5           40.     With respect to those allegations in paragraph 40 regarding California

6  Civil Code § 54.3, Defendants aver that the text of the law speaks for itself such that no response

7  is required.  Except as expressly averred, Defendants deny each and every allegation in

8  paragraph 40 of the Complaint.

9           41.     Defendants deny each and every allegation in paragraph 41 of the

10  Complaint.

11           42.     With respect to those allegations in paragraph 42 regarding California

12  Civil Code §§ 54 and 54.1, Defendants aver that the text of the law speaks for itself such that no

13  response is required.  Except as expressly averred, Defendants deny each and every allegation in

14  paragraph 42 of the Complaint.

15           43.     Answering paragraph 43 of the Complaint, Defendants admit that Plaintiff

16  purports to intend to seek injunctive relief, damages, reasonable attorneys' fees, litigation

17  expenses and costs but deny committing any violations that would entitle to her to any such

18  relief.   With respect to those allegations in paragraph 43 that purport to set forth legal standards

19  and/or requirements, Defendants aver that no response is required.  Except as expressly admitted,

20  denied or averred, Defendants deny each and every allegation in paragraph 43 of the Complaint.

21           44.     With respect to those allegations in paragraph 44 of the Complaint that

22  purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

23  speaks for itself such that no response is required to those allegations.  Except as expressly

24  averred, Defendants deny each and every allegation in paragraph 44 of the Complaint.

25           45.     Answering paragraph 45 of the Complaint, Defendants admit that Plaintiff

26  purports to seek punitive damages but deny committing any violations that would entitle her to

1  such relief.  Except as expressly admitted or denied, Defendants deny each and every allegation

2  in paragraph 45 of the Complaint.

3          46.     With respect to those allegations in paragraph 46 that purport to set forth

4  legal standards/requirements, Defendants aver that no response is required.  Except as expressly

5  averred, Defendants deny each and every allegation in paragraph 46 of the Complaint.

6          47.     Answering paragraph 47 of the Complaint, Defendants admit that Plaintiff

7  purports to seek actual, statutory, treble and punitive damages, preliminary and permanent

8  injunctive relief, and reasonable attorneys' fees but deny committing any violations that would

9  entitle her to such relief.  Except as expressly admitted or denied, Defendants deny each and

10  every allegation in paragraph 47 of the Complaint.

11          48.     Answering paragraph 48 of the Complaint, Defendants admit that Plaintiff

12  purports to seek injunctive relief, attorneys' fees, litigation expenses and costs but deny

13  committing any violations that would entitle her to such relief.  Except as expressly admitted or

14  denied, Defendants deny each and every allegation in paragraph 48 of the Complaint.

15  **THIRD CAUSE OF ACTION:**
**VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT OF 1990**
16  **42 USC §§ 12101ff**

17          49.     Defendants incorporate by reference their responses to paragraphs 1

18  through 48 of the Complaint as if set forth here in full.

19          50.     With respect to those allegations in paragraph 50 of the Complaint

20  regarding 42 U.S.C. Section 12101, Defendants aver that the text of the law speaks for itself such

21  that no response is required to those allegations.  Except as expressly averred, Defendants deny

22  each and every allegation in paragraph 50 of the Complaint.

23          51.     With respect to those allegations in paragraph 51 of the Complaint

24  regarding 42 U.S.C. Section 12101(b), Defendants aver that the text of the law speaks for itself

25  such that no response is required to those allegations.  Except as expressly averred, Defendants

26  deny each and every allegation in paragraph 51 of the Complaint.

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)
10

1    52.    With respect to those allegations in paragraph 52 of the Complaint that

2    purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

3    speaks for itself such that no response is required to those allegations.  Except as expressly

4    averred, Defendants deny each and every allegation in paragraph 52 of the Complaint.

5    53.    With respect to those allegations in paragraph 53 of the Complaint that

6    purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

7    speaks for itself such that no response is required to those allegations.  Except as expressly

8    averred, Defendants deny each and every allegation in paragraph 53 of the Complaint.

9    54.    With respect to those allegations in paragraph 54 of the Complaint that

10   purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

11   speaks for itself such that no response is required to those allegations.  Except as expressly

12   averred, Defendants deny each and every allegation in paragraph 54 of the Complaint.

13   55.    With respect to those allegations in paragraph 55 of the Complaint that

14   purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

15   speaks for itself such that no response is required to those allegations.  Except as expressly

16   averred, Defendants deny each and every allegation in paragraph 55 of the Complaint.

17   56.    Answering paragraph 56 of the Complaint, Defendants aver that to the

18   extent the allegations in paragraph 56 purport to require a legal conclusion, no response is

19   required.   Except as expressly averred, Defendants deny each and every allegation in

20   paragraph 56 of the Complaint.

21   57.    Answering paragraph 57 of the Complaint, Defendants aver that to the

22   extent the allegations in paragraph 57 purport to require a legal conclusion, no response is

23   required.   Except as expressly averred, Defendants deny each and every allegation in

24   paragraph 57 of the Complaint.

25   58.    Answering paragraph 58 of the Complaint, Defendants aver that to the

26   extent the allegations in paragraph 58 purport to require a legal conclusion, no response is

1    required.  Except as expressly averred, Defendants deny each and every allegation in

2    paragraph 58 of the Complaint.

3    59.    With respect to those allegations in paragraph 59 of the Complaint that

4    purport to set forth legal standards and/or requirements and/or require a legal conclusion,

5    Defendants aver that the text of the law speaks for itself such that no response is required to

6    those allegations.  Except as expressly averred, Defendants deny each and every allegation in

7    paragraph 59 of the Complaint.

8    60.    With respect to those allegations in paragraph 60 of the Complaint that

9    purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

10   speaks for itself such that no response is required to those allegations.  Except as expressly

11   averred, Defendants deny each and every allegation in paragraph 60 of the Complaint.

12   61.    Answering paragraph 61 of the Complaint, Defendants admit that Plaintiff

13   purports to seek reasonable attorneys' fees, litigation expenses and costs but deny committing

14   any violations that would entitle her to any such relief.  With respect to those allegations in

15   paragraph 61 of the Complaint that purport to require a legal conclusion, Defendants aver that no

16   response is required.  Except as expressly admitted, denied or averred, Defendants deny each and

17   every allegation in paragraph 61 of the Complaint.

18
                           **FOURTH CAUSE OF ACTION:**
        **DAMAGES AND INJUNCTIVE RELIEF UNDER STATE LAW FOR VIOLATION OF**
19                  **TITLE III OF THE AMERICANS WITH DISABILITIES ACT**

20   62.    Defendants incorporate by reference their responses to paragraphs 1

21   through 61 of the Complaint as if set forth here in full.

22   63.    With respect to those allegations in paragraph 63 of the Complaint that

23   purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

24   speaks for itself such that no response is required to those allegations.  Except as expressly

25   admitted, denied or averred, Defendants deny each and every allegation in paragraph 63 of the

26   Complaint.

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)

1     64.  Answering paragraph 64 of the Complaint, Defendants aver that to the

2 extent the allegations in paragraph 64 purport to require a legal conclusion, no response is

3 required.  Defendants further incorporate by reference their responses to paragraphs 33 through

4 34 and paragraphs 45 through 46 of the Complaint as if set forth here in full.  Except as expressly

5 averred, Defendants deny each and every allegation in paragraph 64 of the Complaint.

6     65.  Answering paragraph 65 of the Complaint, Defendants admit that Plaintiff

7 purports to seek reasonable attorneys' fees, litigation expenses and costs but deny committing

8 any violations that would entitle her to any such relief.  With respect to those allegations in

9 paragraph 65 of the Complaint that purport to require a legal conclusion, Defendants aver that no

10 response is required.   Except as expressly admitted, denied or averred, Defendants deny each

11 and every allegation in paragraph 65 of the Complaint.

12           **FIFTH CAUSE OF ACTION:**
    **DAMAGES AND INJUNCTIVE RELIEF UNDER THE UNRUH CIVIL RIGHTS ACT**
13    **FOR VIOLATION OF TITLE III OF THE AMERICANS WITH DISABILITIES ACT**

14     66.  Defendants incorporate by reference their responses to paragraphs 1

15 through 65 of the Complaint as if set forth here in full.

16     67.  With respect to those allegations in paragraph 67 of the Complaint that

17 purport to set forth legal standards and/or requirements, Defendants aver that the text of the law

18 speaks for itself such that no response is required to those allegations.  Except as expressly

19 admitted, denied or averred, Defendants deny each and every allegation in paragraph 67 of the

20 Complaint.

21     68.  Answering paragraph 68 of the Complaint, Defendants aver that to the

22 extent the allegations in paragraph 68 purport to require a legal conclusion, no response is

23 required.  Defendants further incorporate by reference their responses to paragraphs 33 through

24 34 and paragraphs 45 through 46 of the Complaint as if set forth here in full.  Except as expressly

25 averred or denied, Defendants deny each and every allegation in paragraph 68 of the Complaint.

26     69.  Answering paragraph 69 of the Complaint, Defendants admit that Plaintiff

1   purports to seek reasonable attorneys' fees, litigation expenses and costs but deny committing

2   any violations that would entitle her to any such relief.  With respect to those allegations in

3   paragraph 69 of the Complaint that purport to require a legal conclusion, Defendants aver that no

4   response is required.   Except as expressly admitted, denied or averred, Defendants deny each

5   and every allegation in paragraph 69 of the Complaint.

6

7   **SIXTH CAUSE OF ACTION:**
    **VIOLATION OF BUSINESS AND PROFESSIONS CODE SECTION 17200**
    **UNFAIR COMPETITION THROUGH VIOLATIONS OF CALIFORNIA STATE LAW**
8   **PROTECTING THE RIGHTS OF DISABLED PERSONS**

9   70.   Defendants incorporate by reference its responses to paragraphs 1 through

10  69 of the Complaint as if set forth here in full.

11  71.   Answering paragraph 71 of the Complaint, Defendants are without

12  knowledge or information sufficient to form a belief as to the truth or falsity of allegations

13  concerning the business activities of Defendant Ross Stores, Inc and on that basis deny each and

14  every such allegation in paragraph 71.  Except as expressly denied, Defendants deny each and

15  every allegation in paragraph 71 of the Complaint.

16  72.   Defendants deny each and every allegation in paragraph 72 of the

17  Complaint.

18  73.   Defendants deny each and every allegation in paragraph 73 of the

19  Complaint.

20  74.   Defendants deny each and every allegation in paragraph 74 of the

21  Complaint.

22  75.   Answering paragraph 75 of the Complaint, Defendants admit that Plaintiff

23  purports to seek attorneys' fees but deny committing any violations that would entitle her to such

24  relief.  Except as expressly admitted or denied, Defendants deny each and every allegation in

25  paragraph 75 of the Complaint.

26  76.   Answering paragraph 76 of the Complaint, Defendants aver that to the

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)
14

1    extent the allegations in paragraph 76 purport to require a legal conclusion, no response is

2    required. Defendants further incorporate by reference their responses to paragraphs 33 through

3    34 and paragraphs 45 through 46 of the Complaint as if set forth here in full. Except as expressly

4    averred or denied, Defendants deny each and every allegation in paragraph 76 of the Complaint.

5

6    **SEVENTH CAUSE OF ACTION:**
        **DECLARATORY RELIEF**

7    77.    Defendants incorporate by reference their responses to paragraphs 1

8    through 76 of the Complaint as if set forth here in full.

9    78.    Defendants deny each and every allegation in paragraph 78 of the

10    Complaint.

11    79.    Defendants deny each and every allegation in paragraph 79 of the

12    Complaint.

13

14    **EIGHTH CAUSE OF ACTION:**
    **VIOLATION OF GOVERNMENT CODE SECTION 12948**

15    80.    Defendants incorporate by reference their responses to paragraphs 1

16    through 79 of the Complaint as if set forth here in full.

17    81.    Defendants deny each and every allegation in paragraph 81 of the

18    Complaint.

19    82.    Answering paragraph 82 of the Complaint, Defendants are without

20    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

21    regarding Plaintiff's alleged complaint to the Department of Fair Housing and Employment and

22    on that basis deny each and every such allegation in paragraph 82. Defendants admit that any

23    cause of action under Government Code Section 12948 is not ripe for pursuit. Except as

24    expressly admitted or denied, Defendants deny each and every allegation in paragraph 82 of the

25    Complaint.

26    ///

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)
15

1     83.  Answering paragraph 83 of the Complaint, Defendants are without

2 knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

3 regarding Plaintiff's future plans to pursue additional causes of action and on that basis deny

4 each and every such allegation in paragraph 83.  Except as expressly denied, Defendants deny

5 each and every allegation in paragraph 83 of the Complaint.

6           **NINTH CAUSE OF ACTION:**
   **NEGLIGENCE PER SE IN INJURING PLAINTIFF DUE TO VIOLATIONS OF STATE**
7    **AND FEDERAL LAW PROTECTING THE DISABLED, AND COMPLETE**
         **INDIFFERENCE TO THE CERTAIN RESULT**
8

9     84.  Defendants incorporate by reference their responses to paragraphs 1

10 through 83 of the Complaint as if set forth here in full.

11     85.  Defendants incorporate by reference their responses to all prayers for

12 relief related to Plaintiff's damages as if set forth here in full.  Except as expressly averred,

13 admitted, or denied, Defendants deny each and every allegation in paragraph 85 of the

14 Complaint.

15     86.  Defendants deny each and every allegation in paragraph 86 of the

16 Complaint.

17     87.  Answering paragraph 87 of the Complaint, Defendants aver that to the

18 extent the allegations in paragraph 87 purport to require a legal conclusion, no response is

19 required.  Defendants further incorporate by reference their responses to paragraphs 33 through

20 34 and paragraphs 45 through 46 of the Complaint as if set forth here in full.  Except as expressly

21 averred, admitted, or denied, Defendants deny each and every allegation in paragraph 87 of the

22 Complaint.

23              **<u>PRAYER FOR RELIEF</u>**

24     88.  Defendants deny that Plaintiff is entitled to any of the relief requested in

25 her Prayer For Relief or that Defendants caused any injury or damage to Plaintiff.

26 / / /

1      **AFFIRMATIVE DEFENSES**

2              89.     As an affirmative defense to each claim in Plaintiff's Complaint,

3      Defendants allege that the Complaint does not state facts sufficient to constitute any claim

4      against Defendants.

5              90.     As a second affirmative defense to each claim in Plaintiff's Complaint,

6      Defendants allege that the asserted disability access violations were corrected, were scheduled to

7      be corrected, and/or in compliance with the applicable regulations at the time Plaintiff filed the

8      Complaint.

9              91.     As a third affirmative defense to each claim in Plaintiff's Complaint,

10     Defendants allege that Plaintiff has failed to state facts sufficient to sustain an award of punitive

11     damages or exemplary damages against Defendants.

12             92.     As a fourth affirmative defense to each claim for which Plaintiff prays for

13     punitive damages, Defendants allege that the standards for an award of punitive damages under

14     state law are unconstitutionally vague under both the Fourteenth Amendment to the United

15     States Constitution and Article 1, Section 7 of the California Constitution, in that there are no

16     adequate standards or guides (1) for determining the type of conduct on which an award of

17     punitive damages may be based; (2) for guiding the trier of fact in deciding whether to

18     award punitive damages; or (3) for fixing or determining the amount of any punitive damages to

19     be awarded.  In addition, state law provides inadequate procedural safeguards for awarding

20     punitive damages, and excessive punitive damages violate the Due Process clauses of the United

21     States and California Constitutions.

22             93.     As a fifth affirmative defense to the Ninth Cause of Action for Negligence

23     and any other cause of action purporting to allege negligence, Defendants allege that if there was

24     any negligence on their part or if any warranty existed or was breached, all of which is denied,

25     Plaintiff's damages were solely and proximately caused by negligence and conduct of Plaintiff

26     and/or her agents and servants.  Defendants further allege that if any negligence or other conduct

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)

21454767.1/24482-0001

1   of defendants is found to have caused or contributed to the injury and damages alleged, such

2   faults must be apportioned between themselves and the other parties or persons, and further that

3   faults of Plaintiff and each of them are so extraordinary as to cut off any liability of Defendants

4   therefore, and further that the negligence and fault of Plaintiff was so great as to have prevented

5   the operation of any warranties, if any there were.

6           94.     As a sixth affirmative defense to each claim in Plaintiff's Complaint,

7   Defendants state that Plaintiff's Eighth Cause of Action for Violation of Government Code

8   Section 12948 and any other cause of action purporting to allege similar violations are barred, in

9   whole or in part, to the extent that they rely on allegations which were not contained in a timely

10  charge filed with the California Department of Fair Employment and Housing and/or the United

11  States Equal Employment Opportunity Commission.

12          95.     As a seventh affirmative defense to each claim in Plaintiff's Complaint,

13  Defendants state that they currently have insufficient knowledge or information on which to

14  form a belief as to whether they may have additional, as yet unstated, affirmative defenses

15  available.  Defendants reserve the right to assert additional affirmative defenses in the event

16  discovery indicates they would be appropriate.

17          WHEREFORE, Defendants pray:

18          1.      That the Complaint be dismissed in its entirety;

19          2.      That Plaintiff take nothing by this Complaint;

20          3.      That judgment be entered in favor of Defendants;

21          4.      That Defendants be awarded costs and attorneys' fees; and

22  5.      That the Court provides such further relief to Defendants as it deems proper.

23  / / /

24  / / /

25  / / /

26  / / /

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)
21454767.1/24482-0001

1   DATED:  September 23, 2002

2                                        BINGHAM McCUTCHEN LLP

3

4

5                                        By:              /s/ Randall S. Hegarty
                                                          Randall S. Hegarty
6                                                         Attorneys for Defendants
                                                          M & H Realty Partners IV LP
7                                                         MHRP IV L.P.
                                                          Merlone/Hagenbuch IV
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)
19

1                       <u>PROOF OF SERVICE</u>

2         I am over 18 years of age, not a party to this action and employed in the County

3 of San Francisco, California at Three Embarcadero Center, San Francisco, California  94111-

4 4067.  I am readily familiar with the practice of this office for collection and processing of

5 correspondence for mailing with the United States Postal Service and correspondence is

6 deposited with the United States Postal Service that same day in the ordinary course of business.

7         Today I served the attached:

8         **DEFENDANTS M&H REALTY PARTNERS IV LP, MHRP**
        **IV L.P., AND MERLONE/HAGENBUCH IV, INC.'S**
9         **ANSWER TO PLAINTIFF'S FIRST AMENDED**
        **COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**
10

11 by causing a true and correct copy of the above to be placed in the United States Mail at San

12 Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

13         Timothy S. Thimesch             Glenn P. Zwang, Esq.
        Michelle L. Thimesch            Bartko, Zankel, Tarrant & Miller
14         Thimesch Law Offices            A Professional Corporation
        200 Pringle Avenue, Suite 350     900 Front Street, Suite 300
15         Walnut Creek, CA  94596         San Francisco, CA  94111

16         Dean A. Alper, Esq.
        Alper & McCulloch
17         425 California Street, 18th Floor
        San Francisco, CA  94104-2203
18

19         I declare under penalty of perjury under the laws of the State of California that the

20 foregoing is true and correct and that this declaration was executed on September 23, 2002.

21

22

                              /s/ Ericka C. Johnson
23                               Ericka C. Johnson

24

25

26

DEFENDANTS M&H REALTY PARTNERS, ET AL.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (C02-2567 VRW)

21454767.1/24482-0001